JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALANCE R. SMITH, SR., <br><br> Petitioner, <br><br> v. <br><br> COCO REHYOLE, <br><br> Respondent. | Case No. 5:23-cv-02079-JGB (DTB) <br><br> **J U D G M E N T** |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: September 30, 2024

                                          JESUS G. BERNAL <br>
                                          United States District Judge